# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES L. GLASS, JR.,<br><br>　　　　　　Defendant. | No. 1:17-cr-00288-LJO-1<br><br>**ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391** |

　　This matter came before the Court on the stipulated motion of the Defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391. Doc. 32.

　　The parties agree, and the Court finds, Mr. Glass is entitled to the benefit of Section 404 of the First Step Act, resulting in an amended Guidelines range of 92 to 115 months.

　　IT IS HEREBY ORDERED the term of imprisonment imposed on July 24, 2008, as amended on February 28, 2012, is reduced to a term of 92 months of imprisonment and 48 months of supervised release.

　　IT IS FU RTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

　　Unless otherwise ordered, Mr. Glass shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

　　Dated: __**March 6, 2019**__　　　　　　__/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE