# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America
v.

JAMES L. GLASS

Case No: 1:17-CR-00288-001 LJO

USM No: 21823-047

Date of Original Judgment: 07/24/2008
Date of Previous Amended Judgment: 07/30/2018
*(Use Date of Last Amended Judgment if Any)*

David M. Porter, FD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 130 months **is reduced to 92** months, and previously imposed sentence of supervised release of 60 months **is reduced to** 48 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/02/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/06/2019     /s/ Lawrence J. O'Neill
*Judge's signature*

Effective Date:     Honorable Lawrence J. O'Neill, United States District Judge
*(if different from order date)*     *Printed name and title*