| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JAMES L. GLASS, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00288-LJO-SKO |
| Plaintiff, | STIPULATION TO VACATE MOTION BRIEFING SCHEDULE AND MOTION HEARING AND TO ADVANCE STATUS CONFERENCE; ORDER |
| vs. | |
| JAMES L. GLASS, JR., | DATE: March 13, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | JUDGE: Hon. Erica P. Grosjean |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant James L. Glass, Jr., that the motion briefing schedule and the motion hearing currently set for April 15, 2019, at 8:30 a.m. be vacated and that the status conference currently set for April 15, 2019, at 8:30 a.m. be advanced to March 13, 2019, at 2:00 p.m.

On February 27, 2019, the defense requested a briefing schedule for a motion for reduced sentence under the First Step Act. At that time, the parties noted that they were exploring a possible stipulation regarding Mr. Glass's eligibility for relief. On March 1, 2019, the parties filed such a stipulation and, on March 6, 2019, the Court adopted the stipulation and reduced Mr. Glass's sentence from 120 months to 92 months.

In light of the resolution of Mr. Glass's request for a reduced sentence, a motion hearing

is no longer needed. The parties request that the Court advance the April 15, 2019 status conference to March 13, 2019, so that the parties may proceed with the petition alleging a supervised release violation. The parties request that this status conference be set back before the magistrate judge.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 11, 2019         */s/ Justin Gilio*
                             JUSTIN GILIO
                             Assistant United States Attorney
                             Attorney for Plaintiff

                             HEATHER E. WILLIAMS
                             Federal Defender

Date: March 11, 2019         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             JAMES L. GLASS, JR.

## **O R D E R**

**T**he motion briefing schedule and motion hearing currently set for April 15, 2019, at 8:30 a.m. is vacated. The status conference currently set for April 15, 2019, at 8:30 a.m. is advanced to March 13, 2019, at 2:00 p.m. in Courtroom 10 before the Duty Magistrate Judge.

IT IS SO ORDERED.

   Dated:   **March 11, 2019**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE