# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00288-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JAMES L. GLASS, | |
| Defendant. | |

The above-named defendant having been sentenced on April 1, 2019, to Time Served (56 days),

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __April 1, 2019__         _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES CHIEF DISTRICT JUDGE