LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
JAMES GLASS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>JAMES GLASS,<br><br>Defendant. | Case No.  1:17-CR-00288-NONE<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE<br><br>(Doc. 53) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE JUDGE JENNIFER L. THURSTON; ANGELA L. SCOTT, ASSISTANT UNITED STATES ATTORNEY; AND JULIE MARTIN, SENIOR UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, JAMES GLASS, by and through his attorney of record, EMILY DELEON, hereby requesting that the Status Conference currently set for Thursday, August 6, 2020 be continued to Thursday, August 20, 2020.  The defense requires additional time to consult with Mr. Glass and research treatment options.  The defense would continue to submit as to the issue of detention and will file for Bail Review if there is new information relevant to detention.

**IT IS SO STIPULATED.**

DATED: 08/04/20                                        Respectfully Submitted,
                                                                      */s/ Emily Deleon*_____
                                                                      EMILY DELON
                                                                      Attorney for Defendant
                                                                      JAMES GLASS

1

DATED: 08/04/20                                                      */s/ Angela L. Scott*
                                                                       ANGELA L. SCOTT
                                                                       Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED that the STATUS CONFERENCE set for August 6, 2020 be moved to August 20, 2020.

IT IS SO ORDERED.

   Dated:   **August 4, 2020**                        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

2